MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113 / (702) 642-9766 FAX
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASCAR EGTEDAR, individually and as trustee of the Robab Living Trust dated January 23, 2013,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | CASE NO.: 2:18-cv-02295-GMN-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO OPPOSE MOTION TO DEPOSIT FUNDS**<br><br>**(FIRST REQUEST)** |
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Counterclaimant,<br><br>vs.<br><br>ASCAR EGTEDAR, individually and as trustee of the Robab Living Trust dated January 23, 2013; ARMITA SADEGHI; JAFAR EGHTEDAR; ROSE I-X; and DOES I-X,<br><br>Counterdefendants. | |

COME NOW, plaintiff Ascar Egtedar and defendant U.S. Bank, National Association ("**U.S. Bank**"), by and through their respective counsel of record, and hereby stipulate as follows:

1. On January 2, 2019, U.S. Bank filed a motion to interplead funds (ECF 16).

2. The deadline for plaintiff to oppose U.S. Bank's motion to interplead funds is January 16, 2019.

1

3. The parties are engaged in settlement talks and would like more time to discuss settlement before engaging in additional motion practice.

4. Accordingly, the parties agree that plaintiff shall have until January 23, 2019, to file an opposition to U.S. Bank's motion to interplead funds.

5. This is the first stipulation or request for an extension of time for plaintiff to oppose U.S. Bank's motion to interplead funds.

Dated this 16th day of January, 2019.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Adam R. Trippiedi, Esq.<br>    Michael F. Bohn, Esq.<br>    Adam R. Trippiedi, Esq.<br>    2260 Corporate Cir, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for plaintiff Ascar Egtedar | By: /s/ Joseph P. Sakai, Esq.<br>    Abran E. Vigil<br>    Joseph P. Sakai, Esq.<br>    1980 Festival Plaza Dr, Suite 900<br>    Las Vegas, Nevada 89135<br>    Attorney for defendant U.S. Bank, National Association |

## **ORDER**

IT IS HEREBY ORDERED that plaintiff Ascar Egtedar shall have until January 23, 2019, to file an opposition to U.S. Bank's motion to interplead funds (ECF 16).

DATED this __17__ day of __January__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2019, I electronically transmitted the above **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO OPPOSE MOTION TO DEPOSIT FUNDS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

| | |
|---|---|
| Abran E. Vigil, Esq. | Cary Colt Payne, Esq. |
| Joseph P. Sakai, Esq. | CARY COLT PAYNE, CHTD. |
| BALLARD SPAHR, LLP | 700 S. Eighth St |
| 1980 Festival Plaza Dr, Suite 900 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89135 | |

/s/ Marc Sameroff /
An Employee of the LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.