1 | MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
2 | mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
3 | Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
4 | LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
5 | 2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
6 | (702) 642-3113 / (702) 642-9766 FAX
Attorney for plaintiff

7

UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA

9

| 10 | ASCAR EGTEDAR, individually and as trustee of the Robab Living Trust dated January 23, 2013, | CASE NO.: 2:18-cv-02295-GMN-CWH |
|---|---|---|
| 11 | | |
| 12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO OPPOSE MOTION TO DEPOSIT FUNDS** |
| 13 | v. | |
| 14 | U.S. BANK, NATIONAL ASSOCIATION, | |
| 15 | Defendant. | **(SECOND REQUEST)** |
| 16 | U.S. BANK, NATIONAL ASSOCIATION, | |
| 17 | Counterclaimant, | |
| 18 | vs. | |
| 19 | ASCAR EGTEDAR, individually and as trustee of the Robab Living Trust dated January 23, 2013; ARMITA SADEGHI; JAFAR EGHTEDAR; ROSE I-X; and DOES I-X, | |
| 20 | | |
| 21 | Counterdefendants. | |

22      COME NOW, plaintiff Ascar Egtedar and defendant U.S. Bank, National Association ("**U.S.**

23 **Bank**"), by and through their respective counsel of record, and hereby stipulate as follows:

24      1.      On January 2, 2019, U.S. Bank filed a motion to interplead funds (ECF 16).

25      2.      On January 17, 2019, this court approved a stipulation and order to continue the date for

26      plaintiff to oppose U.S. Bank's motion to interplead until January 23, 2019, because the

27

28                                                              1

parties are discussing a resolution of this matter (ECF 25).

3. The parties are continuing to engage in settlement talks and are making progress, and thus the parties would like additional time to discuss settlement prior to engaging in additional litigation.

4. Accordingly, the parties agree that plaintiff shall have until February 5, 2019, to file an opposition to U.S. Bank's motion to interplead funds.

5. This is the second stipulation or request for an extension of time for plaintiff to oppose U.S. Bank's motion to interplead funds.

Dated this 23rd day of January, 2019.

LAW OFFICES OF                                        BALLARD SPAHR LLP
MICHAEL F. BOHN, ESQ., LTD.


By: /s/ Michael F. Bohn Esq.                          By: /s/ Joseph P. Sakai, Esq.
   Michael F. Bohn, Esq.                                 Abran E. Vigil
   Adam R. Trippiedi, Esq.                               Joseph P. Sakai, Esq.
   2260 Corporate Cir, Suite 480                         1980 Festival Plaza Dr, Suite 900
   Henderson, Nevada 89074                               Las Vegas, Nevada 89135
   Attorney for plaintiff Ascar Egtedar                  Attorney for defendant U.S. Bank, National
                                                         Association

**ORDER**

IT IS HEREBY ORDERED that plaintiff Ascar Egtedar shall have until February 5, 2019, to file an opposition to U.S. Bank's motion to interplead funds (ECF 16).

DATED this __24__ day of __January__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2019, I electronically transmitted the above **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO OPPOSE MOTION TO DEPOSIT FUNDS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Abran E. Vigil, Esq.                          Cary Colt Payne, Esq.
Joseph P. Sakai, Esq.                         CARY COLT PAYNE, CHTD.
BALLARD SPAHR, LLP                            700 S. Eighth St
1980 Festival Plaza Dr, Suite 900             Las Vegas, Nevada 89101
Las Vegas, Nevada 89135

                          /s/ Marc Sameroff /
                          An Employee of the LAW OFFICES OF
                          MICHAEL F. BOHN, ESQ., LTD.