MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113 / (702) 642-9766 FAX
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASCAR EGTEDAR, individually and as trustee of the Robab Living Trust dated January 23, 2013,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | CASE NO.: 2:18-cv-02295-GMN-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO OPPOSE MOTION TO DEPOSIT FUNDS**<br><br>**(THIRD REQUEST)** |
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Counterclaimant,<br><br>vs.<br><br>ASCAR EGTEDAR, individually and as trustee of the Robab Living Trust dated January 23, 2013; ARMITA SADEGHI; JAFAR EGHTEDAR; ROSE I-X; and DOES I-X,<br><br>Counterdefendants. | |

COME NOW, plaintiff Ascar Egtedar and defendant U.S. Bank, National Association ("**U.S. Bank**"), by and through their respective counsel of record, and hereby stipulate as follows:

1. On January 2, 2019, U.S. Bank filed a motion to interplead funds (ECF 16).

2. On January 17, 2019, this court approved a stipulation and order to continue the date for plaintiff to oppose U.S. Bank's motion to interplead until January 23, 2019, because the

1

parties are discussing a resolution of this matter (ECF 25).

3. On January 24, 2019, this court approved a second stipulation and order to continue the date for plaintiff to oppose U.S. Bank's motion to interplead until February 5, 2019, because the parties are continuing to discuss a resolution of this matter (ECF 27).

4. The parties are continuing to engage in settlement talks and are making progress, including circulating a stipulation for the deposit or release of the funds, and believe this matter will be resolved in the next one to two weeks.

5. Accordingly, the parties agree that plaintiff shall have until February 28, 2019, to file an opposition to U.S. Bank's motion to interplead funds.

6. This is the third stipulation or request for an extension of time for plaintiff to oppose U.S. Bank's motion to interplead funds.

Dated this 5th day of February, 2019.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ *Michael F. Bohn Esq.*<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Cir, Suite 480<br>Henderson, Nevada 89074<br>Attorney for plaintiff Ascar Egtedar | By: /s/ *Joseph P. Sakai, Esq.*<br>Abran E. Vigil<br>Joseph P. Sakai, Esq.<br>1980 Festival Plaza Dr, Suite 900<br>Las Vegas, Nevada 89135<br>Attorney for defendant U.S. Bank, National Association |

**ORDER**

IT IS HEREBY ORDERED that plaintiff Ascar Egtedar shall have until February 28, 2019, to file an opposition to U.S. Bank's motion to interplead funds, (ECF No. 16).

DATED this __8__ day of February, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2019, I electronically transmitted the above **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO OPPOSE MOTION TO DEPOSIT FUNDS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Abran E. Vigil, Esq.  
Joseph P. Sakai, Esq.  
BALLARD SPAHR, LLP  
1980 Festival Plaza Dr, Suite 900  
Las Vegas, Nevada 89135

Cary Colt Payne, Esq.  
CARY COLT PAYNE, CHTD.  
700 S. Eighth St  
Las Vegas, Nevada 89101

/s/ Marc Sameroff /  
An Employee of the LAW OFFICES OF  
MICHAEL F. BOHN, ESQ., LTD.